# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANGELA PUCCINELLI, | : | No. 3:21-cv-00763-SVN |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| SOUTHERN CONNECTICUT STATE | : | |
| UNIVERSITY, et al., | : | |
| *Defendants* | : | NOVEMBER 5, 2024 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant in the above-captioned action, pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(ii), request that the Court dismiss the action with prejudice and without

costs and without attorneys' fees.


PLAINTIFF,                                  DEFENDANTS,

ANGELA PUCCINELLI                           WILLIAM TONG
                                            ATTORNEY GENERAL


BY:  */s/ Elizabeth K. Adams*               BY: */s/ Mary K. Lenehan*

Elizabeth K. Adams                          Mary K. Lenehan
Federal Bar No. ct26259                     Federal Bar No. ct15436
The Adams Law Firm, P.C.                    Assistant Attorney General
41B New London Turnpike, Suite 7C           165 Capitol Avenue
Glastonbury, CT  06033                      Hartford, CT 06106
Tel. 860-724-1300                           Tel. (860) 808-5210
Fax. 860-724-1302                           Fax. (860) 808-5385
Email:  eadams@ekadamslaw.com               E-Mail:  Mary.Lenehan@ct.gov

## **CERTIFICATION**

I hereby certify that on November 5, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/ Elizabeth K. Adams
Elizabeth K. Adams